**John Marvin OVERMAN, Jr.,
Plaintiff–Appellant,**

v.

**Juanita H. BAKER; Theodis Beck,
Defendants–Appellees,**

**and**

**Mary Stevens, Defendant.**

No. 03–6564.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.

John Marvin Overman, Jr., Appellant Pro Se.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

John Marvin Overman, Jr., seeks to appeal the district court's order dismissing two defendants from his civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Overman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*